**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6807**

———————

KENNETH BRYANT,

Plaintiff – Appellant,

v.

MARIE VARGO, Warden; TERRA MOORE, Medical Administrator;
S. HICKS, Registered Nurse; CORIZON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:14-cv-00294-CMH-TCB)

———————

Submitted:  September 25, 2014      Decided:  September 30, 2014

———————

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Kenneth Bryant, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Bryant appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint for failure to notify the court of his change of address. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because Bryant may proceed with his claims by filing another complaint and providing an accurate address, the order he seeks to appeal is neither a final order with respect to those claims nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2